IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR420 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAMES G. SUMMERS, ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court on the motion of Assistant Federal Public Defender Karen M. Shanahan and the Office of the Federal Public Defender to withdraw as counsel for the defendant, James G. Summers (Summers) (Filing No. 14).  Ms. Shanahan represents she has a conflict of interest in this matter.  Ms. Shanahan's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 14) is granted.

    Chad Douglas Primmer, 506 South Main Street, Council Bluffs, Iowa 51503, (712) 352-1000, is appointed to represent Summers for the balance of these proceedings pursuant to the Criminal Justice Act.  Ms. Shanahan shall forthwith provide Mr. Primmer with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to Summers's defense.

    The clerk shall provide a copy of this order to Mr. Primmer, and he shall file his appearance forthwith.

    **IT IS SO ORDERED.**

    DATED this 3rd day of December, 2009.

    BY THE COURT:

    s/Thomas D. Thalken
    United States Magistrate Judge